No. 11–820. CHAIDEZ v. UNITED STATES. C. A. 7th Cir. Certiorari granted.

No. 11–763. COMMISSIONER OF INTERNAL REVENUE v. R AND J PARTNERS ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–915. LARA ET AL. v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 11–925. HATT 65, L. L. C., ET AL. v. KREITZBERG ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–934. CARONA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–1044. BUNCH, INDIVIDUALLY AND AS GUARDIAN OF THE PERSON AND ESTATE OF BUNCH, AN INCAPACITATED ADULT v. TOMICIC ET AL. Ct. App. Okla. Certiorari denied.

No. 11–1046. SMITH ET AL. v. WYETH, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–1052. CUNNINGHAM ET AL. v. OFFSHORE SPECIALTY FABRICATORS, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–1057. WEAVER v. TEXAS CAPITAL BANK N. A. C. A. 5th Cir. Certiorari denied.

No. 11–1064. JACKSON v. FUJI PHOTO FILM, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–1072. COHEN v. ALFRED & ADELE DAVIS ACADEMY, INC. Ct. App. Ga. Certiorari denied.

No. 11–1081. BARNARD ET AL. v. VERIZON COMMUNICATIONS, INC., ET AL. C. A. 3d Cir. Certiorari denied.